**Order entered February 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01245-CV**

**IN RE ADENIYO OLAOLUWA, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09127**

**ORDER**
Before Justices Nowell, Goldstein, and Breedlove[1]

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **LIFT** the stay issued by our November 22, 2022 order.


/s/     MARICELA BREEDLOVE
        JUSTICE

---

[1] The Honorable Justice Lana Myers was originally a member of this panel. The Honorable Justice Breedlove succeeded Justice Myers on this panel when her term expired on December 31, 2022.